NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ACCLARENT, INC.,**
*Appellant*

**v.**

**FORD ALBRITTON, IV,**
*Appellee*

---

2018-2377

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00498.

---

**JUDGMENT**

---

WILLIAM C. ROOKLIDGE, Gibson, Dunn & Crutcher LLP, Irvine, CA, argued for appellant. Also represented by TAYLOR KING; LISA J. ADAMS, PETER CUOMO, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., Boston, MA.

ASHLEY NICOLE MOORE, McKool Smith, PC, Dallas, TX, argued for appellee. Also represented by ALEXANDRA FIGARI EASLEY, MEREDITH ANNE ELKINS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).
**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 4, 2019
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court